Milo Steven Marsden (#4879)
**DORSEY & WHITNEY LLP**
111 S. Main Street Suite 2100
Salt Lake City, UT 84111-2176
Telephone:  (801) 933-7360
Facsimile:  (801) 933-7373
Email:  marsden.steve@dorsey.com

John P. Stigi III (*pro hac vice*)
**SHEPPARD MULLIN RICHTER &
    HAMPTON LLP**
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017
Telephone: (310) 228-3700
Facsimile: (801) 228-3917
Email: JStigi@sheppardmullin.com

*Attorneys for Defendants*

---

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROB HANSEN,<br><br>           Plaintiff,<br><br>vs.<br><br>DARREN JAY JENSEN, et al.,<br><br>           Defendants. | **ORDER GRANTING [11] STIPULATED MOTION TO DISMISS ALL CLAIMS WITHOUT PREJUDICE**<br><br>Civil No. 2:17-cv-00075-DN<br><br>District Judge David Nuffer |

The defendants have filed a Stipulated Motion to Dismiss All Claims without Prejudice (the "Motion").[1]

---

[1] Stipulated Motion to Dismiss All Claims Without Prejudice, docket no. 11, filed November 17, 2017.

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, based on the stipulation of the parties,[2] being fully advised, and for good cause shown,

IT IS HEREBY ORDERED that the Motion is GRANTED. The Verified Shareholder Derivative Complaint[3] is dismissed without prejudice, each party to bear its own fees and costs.

Judgment will be entered consistent with this Order. The Clerk is directed to close the case.

Dated November 20, 2017.

BY THE COURT:

David Nuffer
United States District Judge

---

[2] *Id.*

[3] Docket no. 2, filed Jan. 30, 2017.