# United States District Court

District of Utah

ROB HANSEN,

    Plaintiff,

v.

DARREN JAY JENSEN, et al.,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Civil No. 2:17-cv-00075-DN

IT IS ORDERED AND ADJUDGED

that Plaintiff's action is dismissed without prejudice.

November 20, 2017

*Date*

BY THE COURT:

_[signature]_

David Nuffer
United States District Judge